**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
DONALD FRIEDMAN,                    )
                                    )
                    Plaintiff,      )
                                    )
        v.                          )        Civil Action No. 06-2125 (KBJ)
                                    )
UNITED STATES SECRET SERVICE,       )
                                    )
                    Defendant.      )
_____     )


## MEMORANDUM OPINION

On October 22, 2013, the United States Secret Service filed Defendant's Second Renewed Motion for Summary Judgment [ECF No. 96]. The Court advised the plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned him that, if he did not respond to the motion by November 22, 2013, the Court may treat the motion as conceded. The plaintiff's motion for a continuance [ECF No. 100] was denied without prejudice on December 4, 2013, for plaintiff's failure to show good cause for an extension of time. To date, the plaintiff neither has filed an opposition to the motion and nor has requested more time to do so. Accordingly, the Court will dismiss this action. An Order is issued separately.

DATE:  January 2, 2014            /s/
                                  KETANJI BROWN JACKSON
                                  United States District Judge